**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648-2311
(609) 896-3600
(609) 896-1469 – Fax
Attorneys for Defendant,
   **Silver Point Capital Fund Investments LLC**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LLDVF, L.P., | |
|           Plaintiff, | Civil Action No: 09-01280-JLL-CCC |
| v. | |
| ROBERT J. DINICOLA, FRANCIS M. ROWAN, PETER P. COPSES, ANDREW S. JHAWAR LINENS INVESTORS, LLC, APOLLO LINENS INVESTORS LLC, LEE S. NEIBART, BRIAN PALL, NRDC REAL ESTATE ADVISORS I LLC, MICHAEL A. GATTO, SILVER POINT CAPITAL FUND INVESTMENTS LLC and APOLLO MANAGEMENT V, L.P., | **DISCLOSURE STATEMENT** |
|           Defendants. | |

      The undersigned counsel for Defendant, Silver Point Capital Fund Investments LLC, certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

                                         **FOX ROTHSCHILD LLP**
                                         Attorneys for Defendant,
                                            **Silver Point Capital Fund Investments LLC**

                                         By:     /s/ R. James Kravitz
                                               R. James Kravitz, Esq.

Dated:  November 23, 2009